DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC BOGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2455

_____

March 20, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

William F. Sansone of Sansone Law, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.